AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Southern Clipper Inc., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.  2:21-cv-02153-BHH |
| Hartford Fire Insurance Company, | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, Southern Clipper Inc., shall take nothing of Defendant, Hartford Fire Insurance Company, as to the complaint filed pursuant to 28 U.S.C. § 1332 and this action is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding.

Date:  September 29, 2022                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                             s/H.Cornwell

                                                             *Signature of Clerk or Deputy Clerk*